UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Scott Epstein<br><br>Debtor(s)<br><br>Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., or its Successor or Assignee<br>Movant<br>vs.<br><br>William C. Miller, Trustee<br>Scott Epstein<br><br>Respondent(s) | Chapter 13<br>Bankruptcy No. 12-19521- ELF |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. for Relief from the Automatic Stay is hereby APPROVED.

7/3/13

Eric L. Frank
United States Bankruptcy Judge