**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Scott Epstein<br><br>               Debtor<br><br>Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc., or its Successor or Assignee<br>               Movant<br>     vs.<br><br>Robert H. Holber, Trustee<br>Scott Epstein<br><br>               Respondents | Chapter 7<br>Bankruptcy No. 12-19521-ELF |

*upon Certification of Default under the parties' order / stipulation,*

**ORDER**

AND NOW, this __8__ day of __April__, 2014, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED to permit Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc., or its Successor or Assignee to exercise applicable state court remedies with respect to the property located at: 323 Hamlet Drive, Chalfont, Pennsylvania 18914.

_____
Eric L. Frank
United States Bankruptcy Judge